# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALONSO FRIAS-SOTO,<br>　aka "Alonso Frias Soto,"<br>　aka "Jorge Govani,"<br>　aka "Jorge Geovani Guardadofrias,"<br><br>　　　　　Defendant. | Case No. 2:22-mj-00677-NJK<br><br>**Order Directing Probation to Prepare a Criminal History Report** [Proposed]<br><br>[Docket No. 13] |

　　Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

　　IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

　　DATED this __6th__ day of September, 2022.

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE